UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

YVES FERNANDEZ,

        Plaintiff(s),

-against-

CONVERGENT OUTSOURCING, INC.;
GALAXY PORTFOLIOS, LLC; and JOHN
DOES 1-25,

        Defendant.

Civil Case No.: 2:17-cv-06276

**NOTICE OF SETTLEMENT**

Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: October 11, 2017

         */s/ Joseph K. Jones*
        JONES, WOLF & KAPASI, LLC, LLC
        Joseph K. Jones, Esq.
        375 Passaic Avenue, Suite 100
        Fairfield, New Jersey 07004
        (973) 227-5900 telephone
        (973) 244-0019 facsimile

        *Attorneys for Plaintiff*