UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YVES FERNANDEZ,<br><br>    Plaintiff(s),<br><br>-against-<br><br>CONVERGENT OUTSOURCING, INC.; GALAXY PORTFOLIOS, LLC; and JOHN DOES 1-25,<br><br>    Defendant. | Civil Case No.: 2:17-cv-06276<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Notice of Voluntary Dismissal will be filed shortly.

Dated: October 11, 2017

/s/ Joseph K. Jones
JONES, WOLF & KAPASI, LLC, LLC
Joseph K. Jones, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile

*Attorneys for Plaintiff*

So Ordered this 12th day of Oct. 2017

Susan D. Wigenton, U.S.D.J.